MARY E. and MARGARET JOHNSON, by their Guardian *v.* H. J. FARMER and others.

(For syllabus and statement of the facts, see preceeding case of *Laura L. Reed* v. *H. J. Farmer* and others.)

No counsel in this Court for appellant.
*Merrimon, Fuller & Ashe,* for plaintiffs.

SETTLE, J. The record in this case is a copy of that in *Reed* v. *Farmer,* at this term, except as to the parties plaintiff, and the amount claimed as due. Reference is made to the opinion filed in that case.

There is no error. Let this be certified.

PER CURIAM.                                    Judgment affirmed.